IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCHES OF**<br><br>**8525 RIDGELINE LANE, CHARLOTTE, NC 28269, (TARGET ADDRESS #1),**<br><br>**6000 ELM COVE LANE, CHARLOTTE, NC 28269, (TARGET ADDRESS #2), AND**<br><br>**9428 ROSEWOOD MEADOW LANE, HUNTERSVILLE, NC 28078 (TARGET ADDRESS #3)** | Case No. 3:21-mj-15<br><br>**ORDER SEALING SEARCH WARRANT, AFFIDAVIT AND APPLICATION** |

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, directing that the Search Warrants, Affidavit, and Applications, the Motion to Seal and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Applications, the Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of January 2021.

Signed: January 20, 2021

David S. Cayer
United States Magistrate Judge

HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA